UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MADISON MEADOWS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LANDS' END, INC.,<br><br>*Defendant*. | Case No.: 3:25-cv-05841-BHS<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MINOR EXCEPTION TO LOCAL CIVIL RULE 83.1(d) REQUIREMENT FOR PRO HAC VICE ADMISSION OF MARTIN BRENNER**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 3, 2025** |

1    The Court, having considered Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Martin Brenner, ORDERS as follows:

The Court GRANTS Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Martin Brenner. Plaintiff's counsel, Jonas Jacobson, has an office near this District (in Portland, Oregon), is a member of the Washington bar, and is admitted in this District. The Court finds that this justifies an exception to the literal application of LCR 83.1(d)(1) (requiring local counsel with an office in this District) and that Mr. Jacobson may serve as local counsel for purposes of the Pro Hac Vice admission of Mr. Brenner. Mr. Brenner must submit a separate Application for Leave to Appear Pro Hac Vice as detailed in LCR 83.1(d)(1).

**IT IS SO ORDERED.**

Dated this 6th day of October, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

1