*The Honorable Benjamin H. Settle*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MADISON MEADOWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANDS' END, INC.,<br><br>Defendant. | Case No. 3:25-cv-05841-BHS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND STRIKE PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Note on motion calendar: January 30, 2026<br><br>Oral argument requested |

THIS MATTER came before the Court on the Motion to Dismiss and Strike Plaintiff's Class Action Complaint (the "Motion") filed by Defendant Lands' End, Inc. ("Lands' End"). The Court considered the Complaint filed by Plaintiff Madison Meadows, the Motion, Plaintiff's response, the reply from Lands' End, and oral argument. For good cause shown, the Court hereby ORDERS as follows:

The Motion is GRANTED. Plaintiff's Complaint is dismissed.

Dated this ___ day of _____, 2026.

 

The Honorable Benjamin H. Settle
United States District Court Judge

Presented by:

By: *s/ David Freeburg*

**DLA PIPER LLP (US)**
David Freeburg, WSBA No. 48935
  *david.freeburg@us.dlapiper.com*
Danielle Igbokwe, WSBA No. 62714
  *danielle.igbokwe@us.dlapiper.com*
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Phone: +1.206.839.4800

AND BY:

**LATHAM & WATKINS LLP**
Benjamin Naftalis (*Pro Hac Vice*)
  *benjamin.naftalis@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Phone: +1.212.906.1200

Alexander C. K. Wyman (*Pro Hac Vice*)
  *alex.wyman@lw.com*
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Phone: +1.213.485.1234

Gary Feinerman (*Pro Hac Vice*)
  *gary.feinerman@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Phone: +1.312.876.7700

1  Susan E. Engel (*Pro Hac Vice*)
      susan.engel@lw.com
2  555 Eleventh Street NW, Suite 1000
   Washington, D.C. 20004-1304
3  Phone: +1.202.637.2200

4  *Attorneys for Defendant Lands' End, Inc.*

[PROPOSED] ORDER GRANTING DEF. LANDS'
END, INC.'S MOT. TO DISMISS AND STRIKE
COMPLAINT - 2
No. 3:25-cv-05841-BHS

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

Dated this 5th day of December, 2025.

*s/ Cris Bento*
*Cris Bento*, Legal Practice Specialist